**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00219** |
| | ) | **JUDGE SHARP** |
| **LEO KENNETH WILLIAMS** | ) | |
| **KWAME KARIM HERROD** | ) | |
| | ) | |

## O R D E R

Pending before the Court is Defendant Herrod's Motion to Continue Plea Hearing

(Docket No. 174) and Defendant Williams' Motion to Briefly Continue Change of Plea Hearing

(Docket No. 175).

The motions are GRANTED. The plea hearings set for December 4, 2013, are hereby

continued to Wednesday, December 18, 2013, at 1:30 p.m. for Defendant Herrod and 2:30 p.m

for Defendant Williams.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE