UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00219-1 |
| | ) | JUDGE SHARP |
| LEO KENNETH WILLIAMS | ) | |

## O R D E R

Pending before the Court is a SEALED MOTION (Docket No. 228).

The motion is GRANTED, and the sentencing hearing scheduled for May 16, 2014, is hereby rescheduled for Monday, August 18, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE