**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:12-00219-1** |
| | ) | **JUDGE SHARP** |
| **LEO KENNETH WILLIAMS** | ) | |

## O R D E R

Pending before the Court is a SEALED MOTION (Docket No. 263).

The motion is GRANTED, and the sentencing hearing scheduled for August 18, 2014, is

hereby rescheduled for Monday, December 15, 2014, at 2:00 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE