UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:12-00219-01 |
| | ) | JUDGE SHARP |
| LEO KENNETH WILLIAMS | ) | |

## O R D E R

Pending before the Court is Defendant's SEALED MOTION (Docket No. 329) to which the Government does not oppose.

The motion is GRANTED and the sentencing hearing scheduled for June 5, 2015, is hereby rescheduled for Monday, August 17, 2015, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE